FILED

1  Name: Steven Orvell James Jr.

2  Address: 14171 Jicarilla Rd.

3  Apple Valley, CA 92307

4  Phone: (442) 392-8712

2023 OCT -5  AM 10: 36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: ___

5  Plaintiff In Pro Per

6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9         ED  CV  23  -  02035 -CJC(E)

10  Steven Orvell James Jr.,        )  **Case No.:** _____
                                      )  (To be supplied by the Clerk)
11          **PLAINTIFF,**             )  **COMPLAINT FOR:**
                                      )
12          **vs.**                    )  1. Failure to uphold fiduciary duty
                                      )
13  Happy Trails Villas Homeowners Association )  2. Deprivation of rights
                                      )
14  First Choice Community Management LLC )  3. Wronful foreclosure
                                      )
15  S.B.S. Lien Services (dba)        )
                                      )
16  S.B.S. Trust Deed Network         )
                                      )   see
17          _____(attachment) )  **Jury Trial Demanded**
                          page 2      )
18          **DEFENDANT(S).**          )  No Jury Demanded
                                      )
19

20              ┌─────────────────────────┐
                │   **I. JURISDICTION**   │
21              └─────────────────────────┘

22   1. This Court has jurisdiction under 28 U.S.C. §1331 and

23  1343 (a) 3-4 because Plantiff asserts claims

24  arising under the laws of the United States

25  including 42 U.S.C. §1983, the Fourth

26  and Fourteenth Amendments of the United

27  States Constitution. Federal Reserve Act Sec.16

28  P. 2 Application for Notes by Federal Reserve Banks.

(See Attachment)
1-2/2-2
page 3-4

I. JURISDICTION (attachment) (1 of 2)

29 U.S. Code § 1109 Liability for breach of fiduciary duty. Federal Reserve Act Sec. 29 Civil money penalty. Trust Indenture Agreement Art. 2 Sec. 2.3 Execution and authentication; Sec 2.5 Paying agent to hold money in trust. Art. 4 Sec. 4.1 Payment of principal and interest; Sec 4.7 Money for securities payments to be held in trust. Art. 6 Sec. 6.3 Collection of indebtedness and suits for enforcement by trustee; Sec. 6.8 Unconditional rights of holders to receive principal and interest; Sec. 6.12 Control by holders. Art. 7 Sec. 7.10 Eligibility; Disqualification. Art. 8 Sec. 8.3 Legal Defeasanse of Securities of any series; Sec. 8.4 Convenant Defeanse. 18 USC § 1028 Fraud and related activity in connection with identification documents, authentication features, and information. LII > Wex > Due Process; Title 18 US Code § 242 Deprivation of rights under color of law. California Consumer Privacy Act (CCPA) Proposition 24 of CPRA which amended CCPA; Consumer personal information law. Estate/Mortgage fraud offenses under Penal Code 487 PC, which prohibits grand theft. Civil Code 2945.4 which prohibits foreclosure fraud.

3

# I. JURISDICTION (attachment) (2 of 2)

This Court has supplemental jurisdiction over state law claims pursuant to 28 USC § 1367 because those claims are so related to PLANTIFF'S federal claims that the claims form part of the same case and/or controversy.

4

## II. VENUE

2. Venue is proper pursuant to 28 USC § 1391 (b) and (c) in that a substantial part of the events giving rise to the claims in this action occurred within this District and Defendants are subject to personal jurisdiction in this district.

## III. PARTIES

3. Plaintiff's name is Steven Orvell James Jr. Plaintiff resides at: 14171 Jicarilla Rd.
Apple Valley, CA 92307

4. Defendant Happy Trails Villas Homeowners Association
P.O. Box 300
Victorville, CA 92393

5. Defendant First Choice Community Management LLC
15500 W. Sand St. #1
Victorville, CA 92392

5

1   6. Defendant S.B.S. Lien Services (dba)
2   *Insert ¶ #*
3                   S.B.S. Trust Deed Network
4                   31194 La Baya Drive, Suit 106
5                   Westlake Village, CA 91362
6
7
8   ___. Defendant
9   *Insert ¶ #*
10
11
12
13
14
15  ___. Defendant
16  *Insert ¶ #*
17
18
19
20
21
22  ___. Defendant
23  *Insert ¶ #*
24
25
26
27
28

## IV. STATEMENT OF FACTS

7. I sent to FCCM a letter of acceptance on September 13, 2022; in which I attached instructions on how to manage my account. They never responded to this letter as I asked to confirm all communications in writing. Until this day I have not gotten any response.

EXHIBIT "A"

8. On October 5, 2022; I sent a letter to FCCM to request the contract binding both parties to the obligation; they also didn't responde to that letter until today. I asked for the copy of the contract to see what payment methods are acceptable under the contract.

EXHIBIT "B"

9. I never got a response to any of the letters and my account became "delinquent", even though I tried multiple times to instruct them on how to manage the account.

10. On October 28, 2022; FCCM on behalf of HTV HOA, sent a letter notifying me that they recorded a Lien on my property for not paying the monthly payment of the HOA.

EXHIBIT "C"

11. On March 29, 2023; S.B.S. a debt collection company sent a letter trying to collect $3,349.86; which led me to believe that FCCM on behalf of HTV HOA gave out my private information without a judment or my consent.

EXHIBIT "D"

12. June 7, 2023; S.B.S. has been authorized by HTV HOA to collect delinquent assesments; and enclosed was a copy of the Notice of the Delinquent Assesment Lien that was recorded against my property. In the very first correspondence I received from S.B.S., they identify themselves as a debt collector, and on the latest document they identified themselves as the trustee.

EXHIBIT "E"

8

Pro Se Clinic Form                    Page Number

13. On June 8, 2023; I sent to FCCM a
*Insert ¶ #*
letter of Notice of Breach of Fiduciary Duty;
where I asked to apply all equity and interests
owed to principal account to the principal
balance for set-off. FCCM never responded
nor credited the account. I tendered $4,090.⁹⁴

EXHIBIT "SJ/F/

14. On September 23, 2023; I received an
*Insert ¶ #*
Informational Letter from Jason Anderson
(District Attorney) Chris Wilhite (Assesor-
Recorder- Clerk) from San Benardino County;
in which they stated I can possibly be a victim
of Real Estate Fraud. Attached to the letter
I found an Important Notice of Default and
Ellection to Sell Under Notice of Delinquent
Assestment and claim of Lien; recorded
__. requested by S.B.S.
*Insert ¶ #*
EXHIBIT "SJ/G/

1

## V. <u>CAUSES OF ACTION</u>

2

3

4

### <u>FIRST CAUSE OF ACTION</u>

5

6
( Failure to Uphold Fiduciary Duty )
<em>insert title of cause of action</em>

7
**(As against Defendant(s):** FCCM, HTV HOA, S.B.S.

8
)

9

10
<u>15</u>. After studying laws passed by Congress of the
<em>Insert ¶ #</em>

11
United States and learning how to perform my contractual duty,

12
I began to implement my role as the agent on behalf of

13
the principal/primary account owner. Learning my contract

14
or application was securitized and seen as a

15
(see attachment)
page 11

16
<u>16</u>. Failure to produce contract binding both parties
<em>Insert ¶ #</em>

17
with signatures. I was denied to have the contract

18
and FCCM failed their fiduciary duty. 29 U.S. Code § 1109

19
Liability for breach of fiduciary duty. Federal Reserve Act

20
Sec. 29 Civil Money Penalty $5,000. "for each day during

21
which such violation continues. (Violation continues to date)

22

23
<u>17</u>. Defendants have failured to uphold fiduciary
<em>Insert ¶ #</em>

24
duties. Trust Indenture Agreement Art 2. Sec 2.3

25
Execution and authentication; Sec 2.5 Paying

26
agent to hold money in trust. Art. 4 Sec. 4.1

27
payment of principal and interest; Sec. 4.7

28
(see attachment)
page 11

10

Continuation Insert 15

promissory note worthy the amount applied for. Federal Reserve Act Sec. 16 P. 2 Application for notes by Federal Reserve Banks.

Continuation Insert 17

Money for securities payments to be held in trust. Art. 6 Sec. 6.3 Collection of indebtedness and suits for enforcement by trustee; Sec. 6.8 Unconditional rights of holders to receive principal and interest; Sec 6.12 Control by holders. Art. 7 Sec. 7.10 Eligibility; Disqualification. Art 8 Sec. 8.3 Legal defeasance of securities of any Series; Sec 8.4 Convenant defeanse.

## SECOND CAUSE OF ACTION

( __Deprivation of Rights__ )
*insert title of cause of action*

**(As against Defendant(s):** FCCM, HTV HOA, S.B.S.

)

18. FCCM and HTV HOA gave out my private information to S.B.S. without a judment or my consent. 18 USC § 1028 Fraud and related activity in connection with identification documents, authentication features, and Information.
*Insert ¶ #*

19. I was denied due process.
*Insert ¶ #*
LII > Wex > Due Process.

20. FCCM, HTV HOA, S.B.S.; are acting under color of law to willinfuly deprive me of my rights and privilages protected by the Constitution or Laws of the United States. Title 18 USC Sec. 242 Deprivation of rights under color of law.
*Insert ¶ #*

12

21. It is clear that under the California Consumer Privacy Act (CCPA) FCCM and HTV HOA have violated my consumer rights; giving and disclosing my personal information to S.B.S. Proposition 24 the CPRA which amended (CCPA) Consumer personal information law.

*Insert ¶ #*

*Insert ¶ #*

1

## THIRD CAUSE OF ACTION

2 ( Wrongful Foreclosure )

*insert title of cause of action*

3 (As against Defendant(s): FCCM, HTV HOA, S.B.S.

4 )

5

6

7 22 District Attorney and Assesor-Recorder-

*Insert ¶ #*

8 County Clerk from San Benardino County

9 Sent a Copy of a Notice of Delinquent Assestment

10 and Claim of lien; and that notice stated that

11 my house is in foreclosure.

12

13 ___. the recording was requested by S.B.S.

*Insert ¶ #*

14 On behalf of FCCM and HTV HOA. In

15 California Prosecutors charge Estate/Mortgage

16 fraud offenses under: Penal Code 487 PC,

17 which prohibits grand theft, Civil Code 2945.4

18

19 ___. which prohibits foreclosure fraud.

*Insert ¶ #*

20

21

22

23

24

25

26

27

28

Pro Se Clinic Form

**FOURTH CAUSE OF ACTION**

(_____ N/A _____)
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

_____ N/A _____
*Insert ¶ #*

_____ N/A _____
*Insert ¶ #*

_____ N/A _____
*Insert ¶ #*

Pro Se Clinic Form

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

23. Failure to uphold fiduciary duty: $5,000. "
*Insert ¶ #*
penalty for each day during which such violation continues.
Starting June 14, 2023 until day of judgment. (Federal
Reserve Act Sec. 29) Compensatory damages.

24. Money Damages: $1,500,000. for
*Insert ¶ #*
unwanted stress and anxiety, time wasted, failure
to properly manage my account, unwanted phone
calls to my family members in connection with the debt.

25. Injuction: I ask the court to order
*Insert ¶ #*
the defendants to uphold their fiduciary duty/
duties and pay me the penalty mentioned
above and the Money damages.

26. Grant such other relief as the
*Insert ¶ #*
court may deem just and proper.

1

## VII. <u>DEMAND FOR JURY TRIAL</u>

2

3

4   Plaintiff hereby requests a jury trial on all issues raised in this complaint.

5   NO JURY REQUEST OR DEMAND.

6

7   Dated: __10/5/2023__

8

9

10   Sign: _____

11   Print Name: Steven Orvell James Jr.

12   Plaintiff in pro per

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17

EXHIBITS

A, A1

B, B1, B2, B3, B4, B5, B6

C, C1, C2, C3, C4, C5, C6

D, D1, D2

E, E1, E2, E3, E4, E5

F, F1, F2, F3, F4

G, G1, G2

18

EXHIBIT M

Steven Orvell James
14171 Jicarilla Rd
Apple Valley, CA 92307

September 13, 2022

Happy Trails Villas Association
P.O. Box 300
Victorville, CA 92393

MEMO: Letter Of Acceptance

Dear Sirs:

I am sending attached to this letter  a remittance  for payment (Coupon) . (UCC 3-104 Negotiable Instrument) (**Tracking USPS
Certified Mail 7021 1970 0000 3109 1298**)

It has come to my knowledge  that there are codes from the UCC regarding contracts and payment methods.

On the Negotiable Instrument sent; it's listed with multiple UCC and  USC codes regarding payment  as well as HJR-192.

SEE UCC-USC-HJR

**UCC 3-104  Negotiable Instrument**

**UCC 3-603 Tender of Payment**

**UCC 1-308 Performance or Acceptance Under Reservation of Rights**

**UCC 3-419 Instrument Signed for Accomodation**

**12 USC 411 Issuance To Reserve Banks, Nature Of Obligation; Redemption**

**18 USC 8 Obligation Or Other Security Of The United States Defined**

**HJR-192 House Joint Resolution**

By choosing the **"discharge upon payment"** option, the American people  are thereby entitled  by operation of law to the right of
setoff of all obligations **"dollar for dollar"** as provided for in HJR 192.

If said payment instrument is **dishonored** for cause by the United States Treasury, DEMAND  is made for you to return said
payment and dishonor to me for acceptance for honor  supraprotest.

If there is anything further needed from me, Your specific performance is expected no later than 7 business days from the date of
this letter postmarked, and **confirm all communications in writing.**

Thank you for giving this matter your immediate time and attention.

Respectfully,


Steven Orvell James
Beneficiary Without Recourse

Steven Orvell James
UCC 1-308
Without Prejudice
**Attached: 1  Negotiable Instrument**
This letter is sent by Certified Mail 7021 1970 0000 3109 1298

Exhibit "A"

**COMPLETE THIS SECTION**

- ☐ s 1, 2, and 3.
- ☐ Print y... me and address on the reverse so that we can return the card to you.
- ☐ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Happy Trails Villas
Homeowners Association
P.O. Box 300
Victorville, CA 92393

9590 9402 7016 1225 7936 38

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Michelle Medina*    ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
*Michelle Medina*                  9-15-2...

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Victorville CA 92393

Certified Mail Fee  $4.00                          0307
$                          $3.25
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00       Postmark
☐ Adult Signature Required       $ $0.00            Here
☐ Adult Signature Restricted Delivery $
Postage                                            SEP 13 2022
$0.60
Total Postage and Fees                             09/13/2022
$ $7.85

Sent To
Happy Trails Villas HomeOwners Association
Street and Apt. No., or PO Box No.
PO Box 300
City, State, ZIP+4®
Victorville, CA 92307

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Exhibit "B"

**Steven Orvell James**
**14171 Jicarilla Rd.**
**Apple Valley, CA 92307**

October, 5 2022

Mrs. Silvia Ramirez
Co-Owner
First Choice Community Management
Happy Trails Villas Homeowners Association
P.O. BOX 300
Victorville, CA 92393

**MEMO: Request of Contract  ACCT # 19305.00**

**TO WHOM MAY CONCERN:**

I am writing you this letter because I would like to request a copy of the **HOA contract binding
both parties** by certified mail.

In response to the transcript that was sent to my phone, Mrs. Medina stated that they were not
charging interest to my account, attached to this letter you will find statements where you can
see interest had been charged even though her transcript stated otherwise.  Nowhere in my first
letter did I use any USC or UCC codes that specifically talk about interest alone.

Thank you for giving this matter your immediate time and attention. If there is anything further
needed from me, please contact me by mail and **confirm all communications in writing.**

Respectfully,

**Steven Orvell: James**
**UCC 1-308**
**Without Prejudice**

This letter is sent by Certified Mail 7021 1970 0000 3109 0673

Attached: 1.  Remittance Coupon Of Payment
              For October 2022
          2.  July and September 2022 Statements

Exhibit "B"/B1

## First Choice Community Manag... ✕

Rate transcription quality 👍 👎

them. If there's anything else you'd like to let them know, go ahead and do so after the tone.

10:33 AM

Hello Steven this is Michelle calling from first choice my little confused by the certified letter because these state you have a money order but there was no money order attached I did receive your other letter however it does not make any logical sense when on a lot of the stuff that you have on here you're not being charged late fees or interests while on

a payment plan however being that we don't have a check into day is the 19th that payment plan has now been voided so if you have any questions or concerns please contact our office or please come into our office 760-266-7

10:34 AM

Thanks, I'll pass along yo
Goodbye.

**Happy Trails Villas Homeowners Association**
P.O. Box 300
Victorville, CA 92393
760-266-7100

### *STATEMENT OF ACCOUNT*

From 07/01/2022 to 07/31/2022

*Please return this part with your payment*

| | |
|---|---|
| **Account no:** 19305.00 | |
| **Unit #** 14171 JR | |
| 14171 JICARILLA ROAD #305 | |

Steven O James
14171 Jicarilla Road
305
Apple Valley CA 92307

**Balance Due:**          **903.69**

Write the amount paid:

3601 000HTV 0000000001930500 JAMESSTEVENO 090369 2

| Date | Description | Ch. # | Invoice | Dt/Charge | Ct/Payment | Balance |
|---|---|---|---|---|---|---|
| 07/01/2022 | Beginning balance | | | | | 611.59 |
| 07/01/2022 | June 2022 Interest at 12.00% | | 2405 | 7.10 | | 618.69 |
| 07/01/2022 | Common charges - July 2022 | | 2428 | 285.00 | | 903.69 |
| 2 | Number of items | | 611.59 | 292.10 | 0.00 | 903.69 |
| | | | Beginning balance | Dt/Charge | Ct/Payment | Balance |

*** JULY 2022 COURTESY STATEMENT***

NEXT REGULAR MEETING: JULY 27, 2022 6:30 PM LOCATION Community Clubhouse
Please note: Meeting date may change due to scheduling. Thank you.

LOCATION: Community Clubhouse   14100 Kiowa Rd, Apple Valley, CA 92307

Communication with Board of Directors: Homeowners not able to attend the Board of Directors meetings may still put issues and concerns before the Board by sending or e-mailing a letter to the Board via management.

***ASSOCIATION REMINDERS***
*Checks payable to: HAPPY TRAILS VILLAS HOA
*Late fee applied after the 15th
*$25.00 fee for NSF/Stop payment
*Paperless statements available. Submit your request by email to firstchoicecommunitymgmt@gmail.com.
*Online billpay go to PROPERTYPAY.CIT.COM
*FIRST CHOICE COMMUNITY MANAGEMENT OFFICE: 760-266-7100 MON-THURS 9AM TO 5PM; FRI 9AM TO 12PM
*EMAIL. FIRSTCHOICECOMMUNITYMGMT@GMAIL.COM
* If you are interested in an amenities key fob, please contact our office.

Regular monthly assessments are due and payable on the first day of each month. A courtesy billing statement is sent each month to the billing address on record with the Association. However, it is the owner of record's responsibility to pay each assessment in full each month regardless of the receipt of a statement.

Payment Options Update
1)  Visit propertypay.cit.com to pay online.
2) Mail a check to P.O. Box 300, Victorville, CA 92393
3) Use your bank's direct payment services
 All HOA payments must be made out to Happy Trail Villas and sent to P.O. Box 300, Victorville, CA 92393

Printed on Tuesday, June 28 2022

| Date | Description | Ch. # | Invoice | Dt/Charge | Ct/Payment | Balance |
|------|-------------|-------|---------|-----------|------------|---------|
| | Beginning balance | | | | | 615.97 |
| 09/01/2022 | August 2022 Interest at 12.00% | | 2539 | 6.44 | | 622.41 |
| 09/01/2022 | Common charges - September 2022 | | 2557 | 285.00 | | 907.41 |
| 2 | Number of items | | 615.97 | 291.44 | 0.00 | 907.41 |
| | | | Beginning balance | Dt/Charge | Ct/Payment | Balance |

*** SEPTEMBER 2022 COURTESY STATEMENT***

* ALL MEETINGS ARE SUBJECT TO CHANGE*

NEXT REGULAR MEETING: SEPTEMBER 28  2022 6:30 PM
LOCATION: Community Clubhouse - 14100 Kiowa Rd, Apple Valley, CA 92307

Communication with Board of Directors. Homeowners not able to attend the Board of Directors meetings may still put issues and concerns before the Board by sending or e-mailing a letter to the Board via management

***ASSOCIATION REMINDERS***
*Checks payable to: HAPPY TRAILS VILLAS HOA
*Late fee applied after the 15th
*$25.00 fee for NSF/Stop payment
*Paperless statements available. Submit your request by email to firstchoicecommunitymgmt@gmail.com.
*Online billpay go to PROPERTYPAY.CIT.COM
*FIRST CHOICE COMMUNITY MANAGEMENT OFFICE: 760-266-7100 MON-THURS 9AM to 5PM; FRI 9AM TO 12PM
*EMAIL FIRSTCHOICECOMMUNITYMGMT@GMAIL.COM
If you are interested in an amenities key fob  please contact our office

Regular monthly assessments are due and payable on the first day of each month. A courtesy billing statement is sent each month to the billing address on record with the Association  However, it is the owner of record's responsibility to pay each assessment in full each month regardless of the receipt of a statement.

Payment Options Update
1)  Visit propertypay.cit.com to pay online.
2)  Mail a check to P.O. Box 300, Victorville, CA 92393
3)  Use your bank's direct payment services
 All HOA payments must be made out to Happy Trail Villas and sent to P.O. Box 300, Victorville, CA 92393

Printed on Monday  August  29 2022

*Exhibit D4-D*

## *HAPPY TRAILS HOMEOWNERS ASSOCIATION*

### PAYMENT PLAN AGREEMENT

This Payment Plan Agreement for the Monthly Assessment is made and entered into by and

between    ("Homeowner")    Steven O James                                    ,    whose address is

_____14171 Jicarilla Road #305 Apple Valley Ca, 92307_____    and  Happy Trails Villas

Homeowners Association, (HTVHOA). Homeowner and HTVHOA have entered into a payment plan

agreement and Homeowner agrees to make payments in accordance with the terms provided below:
$_____$5.00_____over the regular monthly assessment to be received by HTVHOA,
P.O. Box 300, Victorville, CA 92393 due on or before the first of every month until the outstanding balance
of $____$901.59____ is paid in full. *Please note, payments received after the 15th of the month will
incur a $10.00 late fee. Should you default from the agreed payment plan, all interest will return to
your account and the process to lien your property will commence.*

First Payment Due:___July 1st, 2022_____. Made payable to: Happy Trails
Villas Homeowners Association.

The unpaid balance may be paid in full at any time, I have read the Payment Plan Agreement, I
understand and accept all its terms in full. I have been given a copy of the Assessment and
Collection Policy and understand the possible consequences for failure to make timely payments.

Date:_6/15/2022_

Homeowner(s) Name (Printed)___Steven O James_____

Homeowner(s) Signature:__Steven James_____

Homeowner(s) Signature:_____

Date:_____

Board of Director (Printed):_____

Board of Director

EXHIBIT B / B5

Money Order

Happy Trails Villas Homeowners Association
P.O. Box 300
Victorville, CA 92393
760-260-7100

**STATEMENT OF ACCOUNT**

From 10/01/2022 to 10/31/2022

Memo ACCT# 19305.00
Pay to the order of: Happy Trails Villas HOA
One Thousand One Hundred Seventy-one 59/100

*Please return this part with your payment*

CC 3-104 Steven O James
CC 3-603 14171 Jicarilla Road #305
JR 192 Apple Valley CA 92307
ICC 1-308
ICC 3-419
2 USC 411
8 USC 8

By Accomodation:
Steven -Orrell: James
Beneficiary
without recourse
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

Account no: 19305.00
**Unit #** 14171 JR
14171 JICARILLA ROAD #305

Balance Due:                    1,171.59
Write the amount paid:  $1,171.59

3601 0/-0HTV 000000001930500 JAMESSTEVENO 117159 6

Received on October 11, 2022, 9:21 a.m.

Exhibit "B" /B6

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Victorville, CA 92393

Certified Mail Fee    $4.00                        0307
                                                    56
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00       Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage    $0.60

Total Postage and Fees             10/08/2022
$    $7.85

Sent To Mrs. Silvia Ramirez / Co-Owner
F.C.C.M. H.T.V. HOA
Street and Apt. No., or PO Box No.
P.O. BOX 300
City, State, ZIP+4®
Victorville, CA 92393

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 1970 0000 3109 0673

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mrs. Silvia Ramirez
Co-Owner
First Choice Community Mgmt
Happy Trails Villas HOA
P.O. BOX 300
Victorville, CA 92393

9590 9402 5969 0062 0655 63

2. Article Number (Transfer from service label)
7021 1970 0000 3109 0673

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

OCT 11 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, July 2015 PSN 7530-02-000-9053

**Happy Trails Villas Homeowners Association**
C/O First Choice Community Management LLC
P.O. Box 300 Victorville, CA 92393
Phone: 760-266-7100, Fax: 760-266-4030
firstchoicecommunitymgmt@gmail.com
www.firstchoicemanagement.net

Exhibit "C"

October 28, 2022

Steven O James
14171 Jicarilla Road #305
Apple Valley, CA 92307

Account # 19305.00

SUBJECT: RECORDATION OF LIEN on behalf of
HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION
Property: 14171 Jicarilla Road #305 Apple Valley, CA 92307

Dear Steven O James:

Enclosed please find a copy of the Notice of Delinquent Assessment which has been recorded against your property.

Unless payment is received in our office by November 30, 2022, this matter may be forwarded to an attorney or collection company for collection. At that time an additional processing fee of $150.00 will be charged to your account. Should such action become necessary, you will be liable for all cost incurred including attorney fees, late charge, interest and all assessments.

Please note that if your account is referred to an attorney you no longer receive courtesy billing statements.

The Association is authorized to foreclose its lien by any remedy available by law, including judicial or non-judicial foreclosure, and seek a money judgment against you for the delinquent amounts. The Association has the right to recover reasonable cost of collection, including reasonable attorney's fees.

Please contact the undersigned before making any payment to verify the total amount due. The lien will not be released until full payment is received.

Sincerely,
Happy Trails Villas Homeowners Association

RECORDING REQUESTED BY\
First Choice Community Mgmt

AND WHEN RECORDED MAIL DOCUMENT TO:
C/O Happy Trails Villas HOA

NAME

STREET ADDRESS  P.O. Box 300

CITY, STATE & ZIP CODE  Victorville, CA 92393

Recorded in Official Records
San Bernardino County    Exhibit "C"/
Assessor-Recorder-County Clerk    C1

DOC # 2022-0358521

10/28/2022
08:48 AM
HES

C6677

Titles: 1   Pages: 4

Fees:          $33.00
Taxes:          $0.00
CA SB2 Fee:     $0.00
Total:         $33.00

SPACE ABOVE FOR RECORDER'S USE ONLY

## Notice of Delinquent Assessment
### Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

Reason for Exemption:

☐  Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), or

☑  Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, or

☐  Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____(date) as document number _____of Official Records. (Cap. $225.00)

☐  Exempt from fee per GC 27388.1, fee cap of $225.00 reached, and/or

☐  Exempt from fee per GC 27388.1, not related to real property

Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

Recording requested by and when recorded mail to:

**Happy Trails Villas Homeowners Association**

C/O First Choice Community Management

P.O. Box 300

Victorville, CA 92393

(760)266-7100

## NOTICE OF DELINQUENT ASSESSMENT
### (LIEN)

This **NOTICE OF DELINQUENT ASSESSMENT** is being given pursuant to California Civil Code 5675 and the provisions of the Declaration of Covenants, Conditions and Restrictions (CC&R's) of the Homeowners Association, and the <u>Davis-Sterling Common Interest Development Act, Civil Code</u> Section 4000 et seq., for payment of assessments, late charges, and fines through 9/28/2022. Claims a lien as follows:

| | |
|---|---|
| Association claimant: | Happy Trails Villas Homeowners Association |
| Mailing address: | First Choice Community Management |
| | P.O. Box 300 Victorville, CA 92393 |
| Declaration of CC&R's recorded on: | April 27, 2012 |
| Instrument No.: | 2012-0163785 |
| County: | Sän Bernardino |

The description of the common interest development property against which this notice is being recorded is as follows:

| | |
|---|---|
| Common address: | **14171 Jicarilla Road # 305 Apple Valley, CA 92307** |
| As described in: | Exhibit 'A' attached hereto. |
| The reputed owner is: | **Steven O James** |

The total amount claimed to be due and owing:

| | | |
|---|---|---|
| Assessments, late fee, interest through 9/30/2022 | **$886.59** | Plus additional assessments and sums accruing after 9/30/2022. |
| Collection cost: | **$350.00** | |
| Total due at 9/30/2022 | **$1,236.59** | Plus interest and other penalties as provided for in said Declaration and by law |

Notification of Trustee:

Trustee's Name: Happy Trails Villas Homeowners Association

c/o First Choice Community Management

Address:    P.O. Box 300

Victorville, CA 92393

Date: 9/30/2022    Signed by: _____

Michelle Medina, agent for Happy Trails Villas Homeowners Association

# Happy Trails Villas Homeowners Association

Exhibit "C" /C3

## Owner Receivable Accounts

From  01/01/2022  to 09/30/2022

| Debit | Credit | Balance | Date | Trx | Invoice | Ch. # | Description |
|---|---|---|---|---|---|---|---|
| **19305.00 - Steven O James - Unit 14171 JR - 14171 Jicarilla Road #305** | | | | | | | 1,236.59 |
| 264.09 | | 264.09 | 01/01/2022 | | | | Beginning Balance |
| 2.69 | | 266.78 | 01/01/2022 | 2607 | 2007 | | December 2021 Interest at 12.00% |
| 285.00 | | 551.78 | 01/01/2022 | 2609 | 2025 | | Common charges - January 2022 |
| 10.00 | | 561.78 | 01/16/2022 | 2701 | 2064 | | January 2022 Late payment fees |
| | 265.00 | 296.78 | 01/18/2022 | 2687 | 1951,2007 | MO21024 | Received by ch. MO210240251947. Thank you |
| 4.38 | | 301.16 | 02/01/2022 | 2708 | 2071 | | January 2022 Interest at 12.00% |
| 285.00 | | 586.16 | 02/01/2022 | 2714 | 2093 | | Common charges - February 2022 |
| | 285.00 | 301.16 | 02/15/2022 | 2771 | 2025 | 40193534 | Received by ch. 40193534511968. Thank you |
| 3.94 | | 305.10 | 03/01/2022 | 2789 | 2137 | | February 2022 Interest at 12.00% |
| 285.00 | | 590.10 | 03/01/2022 | 2794 | 2158 | | Common charges - March 2022 |
| | 285.50 | 304.60 | 03/14/2022 | 2861 | 2007,2064,2071,2093 | MO-19-36 | Received by ch. MO-19-362393207. Thank you |
| 4.12 | | 308.72 | 04/01/2022 | 2887 | 2198 | | March 2022 Interest at 12.00% |
| 285.00 | | 593.72 | 04/01/2022 | 2913 | 2227 | | Common charges - April 2022 |
| 10.00 | | 603.72 | 04/17/2022 | 2998 | 2271 | | April 2022 Late payment fees |
| 5.78 | | 609.50 | 05/01/2022 | 3005 | 2278 | | April 2022 Interest at 12.00% |
| 285.00 | | 894.50 | 05/01/2022 | 3011 | 2299 | | Common charges - May 2022 |
| | 285.00 | 609.50 | 05/13/2022 | 3078 | 2093,2137,2158 | M/O 19-3 | Received by ch. M/O 19-38229926. Thank you |
| 7.09 | | 616.59 | 06/01/2022 | 3092 | 2342 | | May 2022 Interest at 12.00% |
| 285.00 | | 901.59 | 06/01/2022 | 3098 | 2362 | | Common charges - June 2022 |
| | 290.00 | 611.59 | 06/15/2022 | 3168 | 2158,2198,2227 | MO/19-40 | Received by ch. MO/19-401515707. Thank you |
| 285.00 | | 896.59 | 07/01/2022 | 3196 | 2428 | | Common charges - July 2022 |
| | 290.00 | 606.59 | 07/15/2022 | 3269 | 2227,2271,2278,2299 | 19-40151 | Received by ch. 19-401516163. Thank you |
| 285.00 | | 891.59 | 08/01/2022 | 3294 | 2495 | | Common charges - August 2022 |
| | 290.00 | 601.59 | 08/05/2022 | 3344 | 2299,2342,2362 | mo19-415 | Received by ch. mo19-415694109. Thank you |
| 285.00 | | 886.59 | 09/01/2022 | 3389 | 2557 | | Common charges - September 2022 |
| 350.00 | | 1,236.59 | 09/30/2022 | 3501 | 2645 | | Lien, Board Approved 9/28/2022 |
| 3,227.09 | 1,990.50 | 1,236.59 | | | | | |

| 3,227.09 | 1,990.50 | 1,236.59 | **Grand Total** |
|---|---|---|---|

Exhibit "C"/C4

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _San Bernardino_ )

On _September 30, 2022_ before me, _Miriam I Warren, Notary Public_
_____
(insert name and title of the officer)

personally appeared _Michelle Medina_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

MIRIAM I. WARREN
COMM # 2384145
County-SAN BERNARDINO
California Notary Public
Comm Exp NOV. 22, 2025

Signature _Miriam I Warren_    **(Seal)**

# HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION
## Collection, Lien, and Foreclosure Disclosures

Prompt payment of Assessments by all owners is critical to the financial health of the Association, and to the enhancement of the property values of our homes. Your Board of Directors takes very seriously its obligation under the Declaration of Covenants, Conditions and Restrictions (CC&R's) and the California Civil Code to enforce the members' obligation to pay assessments. The policies and practice outline shall remain in effect until they may be changed, modified, or amended by a duly adopted resolution of the Board of Directors. Therefore, pursuant to the CC&R's and Civil Code Section §5320(a), the following are the Association's assessment practices and policies:

1. **Regular monthly assessments are due and payable on the first day of each month.** A courtesy billing statement is sent each month to the billing address on record with the Association. ***However, it is the owner of record's responsibility to pay each assessment in full each month regardless of the receipt of a statement.*** All other assessments, including special assessments, are due and payable on the date specified by the Board on the Notice of Assessment which date will not be less than thirty (30) days after the date of notice of the special assessment.

2. Assessments, late charges, interest and collection costs, including any attorney fees, are the personal obligation of the owner of the property at the time the assessment or other sums are levied (Civil Code Section §5740).

3. Assessments not received **within fifteen (15) days** of the stated due date are delinquent and shall be subject to a late charge not exceeding 10 percent (10%) of the delinquent assessment or ten dollars ($10.00) whichever is greater. Interest on the foregoing sums, at an annual percentage rate of 12 percent (12%) commencing 30 days after the Assessment becomes due until paid.

4. Any payments made shall be first applied to assessments owed, and only after the assessments owed are paid in full, shall such payments be applied to late charges, interest, and collection expenses, including attorneys' fees, unless the owner and the Association enter an agreement providing for payment to be applied in a different manner.

5. A **first notice of past due assessment** will be prepared and mailed on assessments not received within **forty-five (45) days** of the stated due date.

6. If payment is not received within ***forty-five (45) days*** of the stated due date, the Association may send a pre-lien letter to the owner as required by Civil Code Section §5740, by certified and first class mail, to the owner's mailing address of record advising of the delinquent status of the account and impeding collection action.

7. If an owner fails to pay the amounts set forth in the pre-lien letter within ***thirty (30) days*** of the date of that letter, a lien for any delinquent assessments, late charges, interest and/or costs of collection including attorneys' fees may be assessed against the owner's property. After the expiration of thirty (30) days following recordation of the lien, the lien may be enforced in any manner permitted by law, including, without limitation, judicial or non-judicial foreclosure (Civil Code Section §5740(e); Civil Code Section §5700(a), §5710(a), §5735, §5710(c)(1)-(2)), subject to the limitations set forth below under "Additional Provisions to conform to Law" and as otherwise provided by law.

8. If the balance due is not paid within **thirty (30) days of recordation of the lien, the matter may be turned over to an attorney for legal action, including an action to foreclose the assessment lien and/or for money judgment.**

9. An owner is entitled to inspect the Association's accounting books and records to verify the amounts owed pursuant to Civil Code §5200.

10. In the event it is determined that the owner has paid the assessments on time, the owner will not be liable to pay the charges, interest, and costs of collection associated with the collection of those assessments.

11. Any owner who is unable to pay assessments will be entitled to make a written request for a payment plan to be considered by the Board of Directors. An owner may also request to meet with the Board in executive session to discuss a payment plan. The Board will consider payment plan requests on a case-by-case basis and is under no obligation to grant payment plan requests.

12. Nothing herein limits or otherwise affects the Association's rights to proceed in any lawful manner to collect any delinquent sums owned to the Association.

13. Prior to the release of any lien, or dismissal of any legal action, all assessments, late charges, interest, and legal fees must be paid in full to the Association.

14. The delinquent owner will be responsible for all costs of collection, including attorneys' fees, incurred by the Association to collect any delinquent sums (Civil Code Section §5650(b)).

EXHIBIT C "/C6

Additional Provisions to Conform to Law

Prior to the recording of a lien, homeowners that are delinquent will be sent a "pre-lien letter. The pre-lien letter will include an offer by the association to engage in informal dispute resolution upon receipt of a written request within thirty (30) days of the pre-lien letter, pursuant to the association's meet and confer program required by Civil Code Section §5900

Prior to recording of a lien, the Board of Directors will approve the recording of the lien in open session at a regular or special board meeting.

The association may not foreclose unless delinquent assessments are greater that $1,800.00 or greater than one year in arrears.

Prior to commencing foreclosure, the association will offer to engage in informal dispute resolution upon receipt of a written request within thirty (30) days of the offer of such informal dispute resolution, pursuant to the association's meet and confer program required by Civil Code Section §5900 and will also offer to engage in formal alternative dispute resolution with a neutral third party pursuant to Civil Code Section §5925.

Prior to commencement of foreclosure, the Board of Directors will approve the foreclosure in executive session and note the approval in the regular minutes of the association without identification of the name of the individual.

All foreclosures shall be subject to a ninety (90) day right of redemption.

Fee and Penalty Procedures

In accordance with Association's Assessment and Billing Collection Policy the following charges may be assessed:

| | |
|---|---|
| Late Charge | $10.00 |
| Intent to Lien | $175.00 |
| Title Report | $25.00 |
| Lien | $350.00 |
| Lien Release | $200.00 |
| Attorney/Small Claims file prep | $150.00 |
| Returned Check/Item | $25.00 |

In addition to the above, if a matter is sent to counsel for legal action, or to a collection service for foreclosure or other action, the owner will be responsible for any attorneys' fees and costs incurred by such action.

**Overnight Payments**: The mailing address for overnight payment of assessments, pursuant to Section 5655 is:
**C/o First Choice Community Management LLC**
**15500 West Sand Street – Suite 4**
**Victorville, CA 92392**

Exhibit "DM

**S.B.S. LIEN SERVICES**
SIMPLY BETTER SERVICE

March 29, 2023

STEVEN ORVELL JAMES JR                          VIA REGULAR AND
14171 JICARILLA ROAD #305                          CERTIFIED MAIL
APPLE VALLEY CA 92307

RE:    TS#: 2023-1192
       Property Address: 14171 JICARILLA ROAD #305, APPLE VALLEY CA 92307

Dear STEVEN ORVELL JAMES JR:

HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION ("Association") is the homeowners
association for the above referenced property.  The Association has asked S.B.S. Lien Services ("S.B.S.")
to assist in the collection of the delinquency currently owing to the Association for this matter.  As of
3/29/2023 the total owed to the Association is $3,349.86 for delinquent assessments and related charges.

Pursuant to Federal Law, you have the right to dispute in writing the validity of this debt or any part
thereof within 40 days ("forty-day period") of receipt of this letter.  S.B.S. may assume the debt is valid
if you do not dispute the debt within the thirty-day period.  If you do dispute the validity of this debt or
any part thereof, by notifying S.B.S. in writing, within the thirty-day period, S.B.S. will as required by
law obtain and mail to you a verification of the debt and the name and address of the original creditor, if
different from the current creditor.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act
require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9
p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.
Collectors may not use false or misleading statements or call you at work if they know or have reason to
know that you may not receive personal calls at work.  For the most part, collectors may not tell another
person, other than your attorney or spouse, about your debt.  Collectors may contact another person to
confirm your location or enforce a judgment.  For more information about debt collection activities, you
may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov

The enclosed documents relate to the debt owed to the Association.  Please read through all documents.
Feel free to contact our office with any questions you may have at the address or phone number listed
below.

Sincerely,

S.B.S. Lien Services

cc: HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION

Enclosures:    Notice of Intent to Lien
               HOA Collection Policy
               Debt Validation Notice

31194 La Baya Drive, Suite 106, Westlake Village, CA 91362
818.991.4600 Fax 818.874.9500 e-mail: info@liencollections.com
http://www.liencollections.com



**S.B.S. IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED
FOR THAT PURPOSE**



**S.B.S. LIEN SERVICES**
SIMPLY BETTER SERVICE

31194 La Baya Drive, Suite 106
Westlake Village, California 91362
(818) 991-4600 • Fax (818) 874-9500

March 29, 2023

STEVEN ORVELL JAMES JR
14171 JICARILLA ROAD #305
APPLE VALLEY CA 92307

VIA REGULAR AND
CERTIFIED MAIL

Re:    14171 JICARILLA ROAD #305
       APPLE VALLEY CA 92307
       **T.S. # 2023-1192**
       HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION

Dear STEVEN ORVELL JAMES JR:

S.B.S. Lien Services ("S.B.S.") has been authorized by the HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION (the "Association") to collect the delinquent assessments you owe to the Association. As of the date of this letter the total amount due is **$3,349.86** (also known as the "balance due" or "debt") consisting of $2,593.59 in delinquent assessments, $120.00 in late fees, $96.17 in interest, $0.00 in attorney fees and costs, $194.60 in other fees, costs and charges, and $345.50 in S.B.S Lien Services fees and costs (see Exhibit "A" attached hereto). **PLEASE CONTACT THIS OFFICE FOR THE EXACT BALANCE TO PAY.**

## "IMPORTANT NOTICE: IF YOUR SEPARATE INTEREST IS PLACED IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR ASSESSMENTS, IT MAY BE SOLD WITHOUT COURT ACTION."

Enclosed you will find a copy of the association's assessment collection policy. This collection policy, along with Civil Code Sections 5650 and 5675, provide the Association with authority to recover reasonable collection costs (including attorney fees, if any), late charges and interest on delinquent assessments allowable by law, including non-judicial foreclosure.

California law permits the Association to proceed with the recordation of a Notice of Delinquent Assessment Lien ("Lien") against your property and, as allowable by law, commence non-judicial foreclosure proceedings. If you wish to resolve this matter before a lien may be recorded against your property, you may pay the total amount owed by you to the Association including collection fees and costs, no later than **5/8/2023**. Please contact this office for the exact balance to pay. If you do not, S.B.S. may be authorized to proceed with the recordation of the Lien and, as permitted by law, commence non-judicial foreclosure proceedings.

You are hereby notified that you have the right to inspect association records pursuant to Civil Code Section 5205. You have the right to request a meeting with the board as provided under California Civil Code 5665. You have the right to dispute the assessment debt by submitting a written request for dispute resolution to the association pursuant to the association's "meet and confer" program required in Article 2 (commencing with Section 5900) of Chapter 10. You have the right to request alternative dispute resolution with a neutral third party pursuant to Article 3 (Commencing with Section 5925) of Chapter 10 before the association may initiate foreclosure against the owner's separate interest, except that binding arbitration may not be available if the association intends to initiate a judicial foreclosure. You may not be liable to pay the charges, interest, and costs of collection if it is determined the assessment was paid on time to the association.

Overnight mail may be sent to the address referenced above.

Sincerely,

S.B.S. Lien Services
cc: HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION

Enclosures

S.B.S. is attempting to collect a debt. Any information obtained will be used for that purpose.



Exhibit "B"/D2

T.S. # **2023-1192**
Property Address: **14171 JICARILLA ROAD #305, APPLE VALLEY CA 92307**

## EXHIBIT "A"

| | |
|---|---:|
| Delinquent Assessments through 3/29/2023 | $2,593.59 |
| Late Fees through 3/29/2023 | $120.00 |
| Interest through 3/29/2023 | $96.17 |
| Attorney Fees and Costs: | $0.00 |
| Other Fees, Costs and Charges: | $194.60 |
| S.B.S Lien Services Fees and Costs: | $345.50 |
| **TOTAL AMOUNT DUE:** | **$3,349.86** |

S.B.S. is attempting to collect a debt. Any information obtained will be used for that purpose.



**S.B.S. LIEN SERVICES**
SIMPLY BETTER SERVICE

June 7, 2023

VIA CERTIFIED AND REGULAR MAIL

Re:     STEVEN ORVELL JAMES JR
        14171 JICARILLA ROAD #305
        APPLE VALLEY CA 92307
TS#   2023-1192

Dear STEVEN ORVELL JAMES JR:

S.B.S. Lien Services ("S.B.S.") has been authorized by the HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION ("Association") to collect the delinquent assessments you owe to the Association. Enclosed is a copy of the Notice of Delinquent Assessment Lien ("Lien") which was recorded against the property. The amount of the debt is itemized on the enclosed Lien. This figure does not include any fines which you may have incurred and any recurring debt which you may now owe.

California law permits S.B.S. to proceed with the enforcement of the Lien upon the expiration of 30 days after the Lien is recorded. If you would like to resolve this matter before the Lien enforcement is commenced, you have at least 30 days from the date the Lien recorded to either (1) pay the balance due or (2) call this office at (818) 991-4600 and discuss a payment plan for Association's approval. If you do neither of these, this office may proceed with the enforcement of the Lien by filing a Notice of Default.

You have the right to request alternative dispute resolution with a neutral third party pursuant to Article 3 (Commencing with Section 5925) of Chapter 10 before the association may initiate foreclosure against the owner's separate interest, except that binding arbitration shall not be available if the association intends to initiate a judicial foreclosure.

Should you have any questions, please feel free to contact our office at (818) 991-4600.

Sincerely,

S.B.S. Lien Services

cc: HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION

Enclosures: Notice of Delinquent Assessment Lien

31194 La Baya Drive, Suite 106, Westlake Village, CA 91362
818.991.4600 Fax 818.874.9500 e-mail: info@liencollections.com
http://www.liencollections.com
S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose



EXHIBIT "E"/E1

RECORDING REQUESTED BY:
SAME AS BELOW
WHEN RECORDED MAIL TO:
S.B.S. LIEN SERVICES
31194 La Baya Drive, Suite 106
Westlake Village, California 91362
(818) 991-4600

COPY of Document Recorded at
San Bernardino, CA County Recorder
2023-132404 BK:_____ PG:_____
10/1/23

T.S. No: 2023-1192                                          APN: 3112-741-18-0-000

## NOTICE OF DELINQUENT ASSESSMENT LIEN

**This NOTICE OF DELINQUENT ASSESSMENT** Lien is being given pursuant to California Civil Code section 5675 and the provisions of the Declaration of Covenants, conditions and Restrictions (CC&Rs) of the Homeowners Associations as follows: Association Claimant: **HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION** Declarations of CC&R's recorded **4/27/2012** Instrument No: **2012-0163785** in Book   Page  County of **San Bernardino**. The description of the common interest development unit against which this notice is being recorded is as follows: **SEE EXHIBIT "B" ATTACHED HERETO AND MADE A PART HEREOF**

The original owner is: **STEVEN ORVELL JAMES JR**
The purported current owner is: **STEVEN ORVELL JAMES JR**
Common address:            **14171 JICARILLA ROAD #305 APPLE VALLEY CA 92307**
Owner's mailing address is:   **14171 JICARILLA ROAD #305 APPLE VALLEY CA 92307**

| DELINQUENCY | |
|---|---|
| Delinquent Assessments due: 7/1/2022 - 5/24/2023 | $3,193.59 |
| Late Charges, Interest, Attorney Fees & Costs & Other Fees, Costs & Charges: | $561.75 |
| S.B.S. Lien Services Fees & Costs: | $941.00 |
| **TOTAL AMOUNT OF DELINQUENCY** | **$4,696.34** |
| SEE EXHIBIT "A" ATTACHED HERETO FOR A DETAILED BREAKDOWN | |

Additional monies may accrue under this claim at the rate of the claimant's monthly or special assessments, plus permissible late charges, costs of collection and interest, if any, that may accrue subsequent to the date of this notice.  Should the association named herein act to have the lien created by this notice enforced by non-judicial foreclosure and sale, as provided in Civil Code section 5675(c), the trustee authorized to enforce the lien shall be: S.B.S. LIEN SERVICES, INC., 31194 LA BAYA DRIVE, SUITE 106, WESTLAKE VILLAGE, CA 91362 818-991-4600 PHONE, 818-874-9500 FAX        DATE: **5/25/2023**

On Behalf of: **HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION**
By: **S.B.S. LIEN SERVICES**

JODI CROMAR, ACCOUNTING DEPARTMENT on
Authorized representative of management body

**S.B.S. IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**



¹ 045

Exhibit "E"/E2

> A notary public or other officer completing this certificate
> verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Los Angeles

On _____5/26/2023_____ before me, EVY LUKASIK, Notary Public, Personally appeared, JODI CROMAR who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Evy Lukasik_
Evy Lukasik
Comm. #2419394
Comm. Exp. Oct. 4, 2026

(Seal)

EVY LUKASIK
COMM. # 2419394
NOTARY PUBLIC • CALIFORNIA
VENTURA COUNTY
Comm. Exp. OCT. 4, 2026

2 of 5



Exhibit F/E3

T.S. # **2023-1192**
Property Address: **14171 JICARILLA ROAD #305, APPLE VALLEY CA 92307**

## EXHIBIT "A"

| | |
|---|---|
| Delinquent Assessments through 5/25/2023 | $3,193.59 |
| Late Fees through 5/25/2023 | $210.00 |
| Interest through 5/25/2023 | $149.95 |
| Attorney Fees and Costs: | $0.00 |
| Other Fees, Costs and Charges: | $201.80 |
| S.B.S Lien Services Fees and Costs: | $941.00 |
| **TOTAL AMOUNT DUE:** | **$4,696.34** |

3 of 5



Exhibit "B"/E4

TS 2023-1192

## LEGAL DESCRIPTION

### EXHIBIT " B "

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF APPLE VALLEY, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

AN UNDIVIDED ONE-EIGHTH (1/8TH) FRACTIONAL INTEREST AS TENANT-IN-COMMON IN AND TO THAT PORTION OF MODULE 3 OF LOT 1 OF TRACT 18235 IN THE TOWN OF APPLE VALLEY, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 335, PAGES 100 AND 101 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS "COMMON AREA" ON THE CONDOMINIUM PLAN RECORDED ON APRIL 27, 2012, AS INSTRUMENT NO. 2012-0163784, OF OFFICIAL RECORDS OF SAID COUNTY.

RESERVING THEREFROM UNIT(S) 301 THROUGH 308, INCLUSIVE, AND THE EXCLUSIVE USE COMMON AREAS IF ANY, AS SHOWN AND DEFINED ON THE ABOVE-REFERRED-TO CONDOMINIUM PLAN.

FURTHER EXCEPTING THEREFROM, ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERAL RIGHTS AS RESERVED INV VARIOUS DEEDS OF RECORD COVERING LOTS 126 THROUGH 502 OF TRACT 2915, IN BOOK 39, PAGES 69 THROUGH 71, INCLUSIVE, RECORDS OF SAID COUNTY AS RESERVED IN DEED RECORDED JUNE 27, 2005, AS INSTRUMENT NO. 454763, OFFICIAL RECORDS.

RESERVING THEREFROM EASEMENTS, AS SUCH EASEMENTS ARE SET FORTH ON THE CONDOMINIUM PLAN AND IN THE DECLARATION (DEFINED BELOW).

PARCEL 2:

ALL THAT PORTION OF MODULE 3 OF LOT 1 OF TRACT 18235 SHOWN AND DEFINED AS UNIT NO. 305 ON SAID CONDOMINIUM PLAN.

PARCEL 3:

EXCLUSIVE USE COMMON AREAS FOR PATIOS, COURTYARDS, BALCONY BEARING THE UNIT NUMBER REFERENCED IN PARCEL 2 ABOVE AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN.

PARCEL 4:

NONEXCLUSIVE EASEMENTS FOR THE BENEFIT OF AND APPURTENANT TO PARCELS 1, 2 AND 3, ABOVE, AS SUCH EASEMENTS ARE SET FORTH IN THE DECLARATION RECORDED APRIL 27, 2012, AS INSTRUMENT NO. 2012-0163785, OF OFFICIAL RECORDS.

3112-741-18

4 of 5



Exhibit "B" /E5

TS 2023-1192

EXHIBIT "B" CONTINUED

This deed is made and accepted upon the covenants, conditions and restrictions and other matters of record, including but not limited to, the Declaration of Covenants, Conditions and Restrictions recorded on April 27, 2012 as Instrument No, 2012-0163785 of Official records of San Bernardino County (the "Declaration"), all of which are incorporated herein by reference to said Declaration with the same force and effect as though fully set forth herein. Grantee, by acceptance and recordation of this deed, expressly accepts, covenants and agrees to be bound by and assume performance of all of the applicable provisions and requirements set forth in the Declaration which are acknowledged to be reasonable and this grant is expressly conditioned upon the performance of such provisions to be performed by Grantee. The use for which the Unit is intended is residential, and the restrictions on its use are fully set forth in the Declaration, Condominium Plan and the Map described above, to which this deed is expressly made subject.



5 of 5

Steven Orvell James Jr.
14171 Jicarilla Rd.
Apple Valley, CA 92307

June 8, 2023

Mrs. Silvia Ramirez
Co-Owner
First Choice Community Management
Happy Trail Villas HOA
P.O. BOX 300
Victorville, CA 92393

**MEMO: Notice of Breach of Fiduciary Duty**
        **Account: 19305.00**

If indeed there is a contract between us; the application will be the collateral. I, Steven Orvell James Jr. acting as the agent on behalf of the principal; I am here to claim all right, titles and interest owed to the principal account.

As a holder in due course, I accepted and returned the instruments for value. I ask that you apply all equity and interests owed to the principal account to the principal balance for set-off.

I ask you to uphold your fiduciary duty and credit my account. **According to Federal Reserve Act Sec. 29: Failure to do so will result in a penalty of $5,000.00**

I previously sent certified instruments to you Mrs. Ramirez, and they have not been dishonored nor returned. I would like you to credit the account for the payment of $4,090.94 which is the value of the instrument attached to this letter.

*Acceptance by silence is a type of acceptance of a contract.*

**On another hand, according to 18 U.S. 1028 Fraud and related activity in connection with identification documents, authentication features and information. This means that you have violated this law code because you have given my personal information to a <u>third party (S.B.S. Lien Services) without my authorization, it can be seen aggravated identity theft and the punishment provides for such a felony, be sentenced to a term of imprisonment of 2 years.</u>**

Please stop the dunning/harassment mail of the collection agency that you hired (S.B.S. Lien Services) penalties for this crime is a term up to 6 months in county jail, a fine of up to $1,000.00, or both. **CCP SEC 527.6**

If there is anything further needed from me, please contact me via mail, and confirm all communications in writing.

Sincerely,


Steven O. James Jr.
Beneficiary without Recourse
UCC 1-308 without Prejudice


Copy: File
Certified Mail: 9589 0710 5270 0017 2135 06

EXHIBIT #2





**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mrs. Silvia Ramirez
Co-Owner
First Choice Community Mgmt.
Happy Trails Villas HOA
P.O. Box 300
Victorville, CA 92393

9590 9402 8211 3030 1373 62

2. Article Number
9589 0710 5270 0017 2135 06

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**Happy Trails Villas Homeowners Association**
P.O. Box 300
Victorville, CA 92393
760-266-7100

**STATEMENT OF ACCOUNT**

From 06/01/2023 to 06/30/2023

*Please return this part with your payment*

Pay to the order of:
Happy Trails Villas HOA

Steven Orvell James Jr
14171 Jicarilla Road #305
Apple Valley CA 92307

For presentation of the
United States Treasury. Fiscal
Agent of the United States, for
Redemption or in exchange for securities
Of a new issue in accordance with written
Instructions submitted by _____

Account no: 19305.00
**Unit #** 14171 JR
14171 JICARILLA ROAD #305

PAST DUE

**Balance Due:** 4,090.94

Write the amount paid: $4,090.94

3601 000HTV 0000000001930500 JAMESJRSTEVE 409094 1

| Date | Description | Ch. # | Invoice | Dt/Charge | Ct/Payment | Balance |
|------|-------------|-------|---------|-----------|-----------|---------|
| 06/01/2023 | Beginning balance | | | | | 3,755.34 |
| 06/01/2023 | May 2023 Interest at 12.00% | | 3149 | 35.60 | | 3,790.94 |
| 06/01/2023 | Common charges - June 2023 | | 3174 | 300.00 | | 4,090.94 |
| 2 | Number of items | | 3,755.34 Beginning balance | 335.60 Dt/Charge | 0.00 Ct/Payment | 4,090.94 Balance |

*** JUNE 2023 COURTESY STATEMENT***

* ALL MEETINGS ARE SUBJECT TO CHANGE*

NEXT HOA MEETING: JULY 26, 2023 @6:30PM
LOCATION: CLUBHOUSE

Communication with Board of Directors: Homeowners not able to attend the Board of Directors meetings may still put issues and concerns before the Board sending or e-mailing a letter to the Board via management.

***ASSOCIATION REMINDERS***
*Checks payable to: HAPPY TRAILS VILLAS HOA
*Late fee applied after the 15th
*$25.00 fee for NSF/Stop payment
*Paperless statements available. Submit your request by email to firstchoicecommunitymgmt@gmail.com.
*Online bilpay go to PROPERTYPAY.CIT.COM- MGMT ID: 3601 ASSOCIATION ID: 0HTV - ENTER ACCOUNT # WITH THE DECIMAL.
*FIRST CHOICE COMMUNITY MANAGEMENT OFFICE: 760-266-7100 MON-THURS 9AM TO 5PM; FRI.9AM TO 12PM
*EMAIL: FIRSTCHOICECOMMUNITYMGMT@GMAIL.COM
* If you are interested in an amenities key fob, please contact our office.

Regular monthly assessments are due and payable on the first day of each month. A courtesy billing statement is sent each month to the billing address on record with the Association. However, it is the owner of record's responsibility to pay each assessment in full each month regardless of the receipt of a statement.

Payment Options Update
1) Visit propertypay.cit.com to pay online - MGMT ID: 3601 ASSOCIATION ID: 0HTV - ENTER ACCOUNT # WITH THE DECIMAL.
2) Mail a check to P.O. Box 300, Victorville, CA 92393
3) Use your bank's direct payment services
All HOA payments must be made out to Happy Trail Villas and sent to P.O. Box 300, Victorville, CA 92393

Printed on Tuesday, May 30 2023

Exhibit E

Steven Orwell: James





# SAN BERNARDINO COUNTY



**CHRIS WILHITE**
**ASSESSOR-RECORDER-COUNTY CLERK**

**JASON ANDERSON**
**DISTRICT ATTORNEY**

JAMES, STEVEN ORVELL JR

14171 JICARILLA RD UNIT 305
APPLE VALLEY CA  92307

**INFORMATIONAL LETTER**

Recorded Document  20230167204        Assessor Parcel Number  3112741180000

Dear Property Owner:

The San Bernardino County's Assessor-Recorder-County Clerk and District Attorney are both committed to protecting property owners from real estate fraud.

Recently, a NOTICE OF DEFAULT was recorded in the San Bernardino County Recorder's Office affecting your real property. Copies of the first two pages are shown on the attachment. Please take a moment to carefully review the Notice of Default. You must take action to prevent losing your home by foreclosure. Free resources available to help you include:

| Inland Fair Housing and Mediation Board (800) 321-0911 http://ifhmb.com/ | Homeowner's HOPE Hotline and Loan Modification Scam Alert (888) 995-HOPE (4673) www.LoanScamAlert.org | Department of Housing and Urban Development (HUD) (877) 622-8525 www.hud.gov/fha |
|---|---|---|

You may be contacted by people who offer to assist you in your real estate matters. These offers may not be in your best interest and they may be deceptive, fraudulent, or illegal. You should be especially cautious of people who seek money by cash, check, or credit card from you in advance of performing services, such as a loan modification. Be wary of signing documents regarding these services. Once a Notice of Default has been recorded, it is illegal for anyone who meets the definition of a "foreclosure consultant", including attorneys, licensed agents and brokers, to collect fees in advance of performing these services.

If you feel that you may be a victim of real estate fraud, you may wish to contact the San Bernardino County District Attorney's Real Estate Fraud Unit at (909) 382-7700.

You may also fill out a Real Estate Fraud Complaint Form and forward it directly to the District Attorney's office. The complaint form may be found on the District Attorney's website at https://sbcountyda.org/real-estate-fraud. Thank you for helping us prevent real estate fraud.

Sincerely,

CHRIS WILHITE
Assessor-Recorder-County Clerk
222 W. Hospitality Lane, 1st Floor
San Bernardino, CA 92415-0022
arc.sbcounty.gov

JASON ANDERSON
District Attorney
303 West 3rd Street, 6th Floor
San Bernardino, CA 92415-0502
www.sbcountyda.org

 **SAN BERNARDINO COUNTY** 

**CHRIS WILHITE**
**ASSESSOR-RECORDER-COUNTY CLERK**

**JASON ANDERSON**
**DISTRICT ATTORNEY**

JAMES, STEVEN ORVELL JR

14171 JICARILLA RD UNIT 305
APPLE VALLEY CA  92307

**CARTA INFORMACIONAL**

Documento Registrado 20230167204          Número de Parcela 3112741180000

Estimado Dueño de Propiedad:

El Assessor-Recorder-County Clerk y el District Attorney del condado de San Bernardino están comprometidos a proteger al público del fraude que incluye bienes raíces.

Un "NOTICE OF DEFAULT" (Noticia de Defecto) ha sido registrado recién, en la oficina del Assessor-Recorder-County Clerk del condado de San Bernardino que afecta su propiedad. Adjunto se encuentran las primeras 2 páginas. Por favor tome un momento y revise el "Notice of Default". Usted debe tomar acción para prevenir que pierda sus derechos de su propiedad. Recursos gratuitos están disponibles para asistirle que incluyen:

| Inland Fair Housing and Mediation Board (800) 321-0911 http://ifhmb.com/ | Homeowner's HOPE Hotline and Loan Modification Scam Alert (888) 995-HOPE (4673) www.LoanScamAlert.org | Department of Housing and Urban Development (HUD) (877) 622-8525 www.hud.gov/fha |
| --- | --- | --- |

Usted puede ser contactado por individuos que ofrezcan ayudarle con su propiedad. Estos individuos le ofrecerán ayuda y pueda ser que las intenciones sean engañosas, fraudulentas, o ilegales. Debe de ser especialmente cuidadoso con individuos que le pidan pago por adelantado en forma de efectivo, cheque, o tarjeta de crédito por servicios como el de modificar su hipoteca (préstamo). Tenga cuidado con firmar documentos que tiene que ver con estos servicios. En cuanto se registre el "Notice of Default", es ilegal que cualquier individuo, incluyendo abogados, agentes o corredores de bienes raíces con licencia colecten pagos por adelantado por realizar estos servicios.

Si usted cree que haya sido víctima de fraude, por favor comuníquese con el departamento del District Attorney's Real Estate Fraud Unit a (909) 382-7700.

Si desea, en vez de llamar, puede llenar un formulario titulado "Real Estate Fraud Complaint" y enviar lo directamente a la oficina del District Attorney. La forma puede ser obtenida en la página https://sbcountyda.org/real-estate-fraud. Gracias por su ayuda en prevenir fraude de bienes raíces.

Sinceramente,

CHRIS WILHITE
Assessor-Recorder-County Clerk
222 W. Hospitality Lane, 1st Floor
San Bernardino, CA 92415-0022
arc.sbcounty.gov

JASON ANDERSON
District Attorney
303 West 3rd Street, 6th Floor
San Bernardino, CA 92415-0502
www.sbcountyda.org

EXHIBIT 7 / '164
61

**WFG National-Default Services**

RECORDING REQUESTED BY
SAME AS BELOW

AND WHEN RECORDED MAIL TO
**S.B.S. LIEN SERVICES**
**31194 La Baya Drive, Suite 106**
**Westlake Village, CA 91362**
**Phone: (818) 991-4600**

APN: 3112-741-18-0-000

Trustee Sale No. 2023-1192
233L714CAD

Electronically
Recorded in Official Records
San Bernardino County

Assessor-Recorder-County Clerk

**DOC# 2023-0167204**

| 07/07/2023 04:30 PM SAN | Titles: 1    Pages: 2 | |
|---|---|---|
| | Fees | $29.00 |
| | Taxes | $0.00 |
| I4609 | CA SB2 Fee | $75.00 |
| | Total | $104.00 |

Space above this line for recorder's use

## IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER
### Notice of Delinquent Assessment and Claim of Lien

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice). The amount is **$6,538.99** as of 7/7/2023 and will increase until your account becomes current. While your property is in foreclosure, you must still pay other obligations (such as insurance and taxes) required by your Covenants, Conditions and Restrictions. If you fail to make future payments of your assessments, pay taxes on property, provide insurance on the property, or pay other obligations as required in the Covenants, Conditions and Restrictions, the Association may insist that you do so in order to reinstate your account in good standing. In addition, the association may require, as a condition to reinstatement, that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums. Upon your written request, the Association will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time this payment is made. However, you and your Association may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2). Following the expiration of the time period referred to in this notice, unless the obligation being foreclosed upon or a separate written agreement between you and the Association permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your Association.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact: **HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION C/O S.B.S. Lien Services, 31194 La Baya Drive, Suite 106, Westlake Village, California 91362, (818) 991-4600**

**PROPERTY ADDRESS:    14171 JICARILLA ROAD #305, APPLE VALLEY CA 92307**

1 of 2

S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

CNTL-0000015

-Continued-

Trustee Sale No. 2023-1192  Reference No. 19305.00

**THIS NOTICE** is given pursuant to Sections 2924C.C., 5650 et. seq. and 5700 et. seq. of the California Civil Code, and pursuant to that certain Assessment Lien, recorded on 6/1/2023 as document no. **2023-0132404** book   page   of official Records in the office of the Recorder of **San Bernardino** County, **California.**

Original owner: **STEVEN ORVELL JAMES JR**
Purported current owner: **STEVEN ORVELL JAMES JR**

If you have any questions, you should contact a lawyer or the government agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION**

NOTICE IS HEREBY GIVEN THAT: **S.B.S. Lien Services** is the duly appointed Trustee under the above referenced Lien, dated and executed by **HAPPY TRAILS VILLAS HOMEOWNERS ASSOCIATION** (Association) to secure assessment obligations in favor of said Association, pursuant to the terms contained in that certain Declaration of Covenants, Conditions and Restrictions, Recorded on 4/27/2012 as document 2012-0163785 book no.  page of Official Records in the Office of the Recorder of **San Bernardino** County, **California**, describing the land therein:  **AS MORE FULLY DESCRIBED ON SAID NOTICE OF DELINQUENT ASSESSMENT** that the beneficial interest under said Homeowners Association Lien and the obligations secured thereby are presently held by the Association. That a breach of, and default in, the obligations for which said Covenants, Conditions and Restrictions as security has occurred in that the payment(s) have not been made of: **HOMEOWNER'S ASSESSMENTS DUE FROM 7/1/2022 AND ALL SUBSEQUENT HOMEOWNER'S ASSESSMENT, MONTHLY OR OTHERWISE, LESS CREDITS AND OFFSETS, PLUS LATE CHARGES, INTEREST, ASSOCIATION'S FEES AND COSTS, TRUSTEE'S FEES AND COSTS, AND ATTORNEY'S FEES AND COSTS.**

That by reason thereof, the present Association under said Covenants, Conditions and Restrictions, has executed and delivered to said Trustee, a written Declaration and Demand for Sale, and has deposited with said duly appointed Trustee, such Covenants, Conditions and Restrictions and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured hereby immediately due and payable and has elected and does hereby elect to cause the herein described property to be sold to satisfy the obligations secured thereby.

DATE: 7/7/2023
**S.B.S. Lien Services as Trustee**
**BY WFG LENDER SERVICES LLC AS AUTHORIZED SIGNATORY**

Terri Morales

S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

## INFORMATIONAL LETTER PROGRAM FOR REAL ESTATE

**What is the Informational Letter Program about?** Whenever a transaction occurs relating to real property, documents may be filed and recorded with the San Bernardino County Assessor-Recorder-Clerk. This is normal.

Sometimes a person might wrongfully file and record a document to change the status of a property without the property owner's knowledge or approval. The property owner might become a victim of fraud.

We believe that notifying property owners of recently filed and recorded documents is the best way to prevent them from becoming victims of fraud. To assist property owners in identifying possible fraud, Informational Letters are mailed when certain documents are filed and recorded against their property, such as Deeds. Included with the letter are the first two pages of the document that was filed and recorded.

**What types of real estate transactions cause an Informational Letter to be mailed?** The vast majority of documents filed and recorded with the Assessor-Recorder-Clerk are lawful. However, fraud is most likely to occur with certain types of documents. When those documents are recorded, Informational Letters are mailed. Again, the vast majority of these are lawfully filed and recorded.

The types of transactions that result in recorded documents include:

| Real Estate Transaction | Name of Recorded Document |
|---|---|
| Purchase or sale of a house | Grant Deed |
| Changing or correcting who owns the property by correcting existing owner or adding or deleting names on the property title | Grant Deed or Corrected Grant Deed<br>Quit Claim Deed<br>Interspousal Transfer Deed |
| Mortgage, "second mortgage" or equity line of credit | Deed of Trust |
| Refinance of an existing home loan | Deed of Trust |
| Placing a property into a trust | Deed of Trust |
| Beginning of a foreclosure | Notice of Default |

**Should I be worried because I received an Informational Letter?** If you knew about and agreed to the transaction mentioned in the Informational Letter, you do not need to worry and you need not take any further action. The Informational Letter is a service provided by the county to keep people informed.

**What if I think there is fraud?** Please call the San Bernardino County District Attorney's Real Estate Fraud Unit at (909) 382-7700. You may also go directly to the Unit's website to download a Complaint Form, complete it, and send it to the District Attorney's office. The link to the Complaint Form is located at https://sbcountyda.org/real-estate-fraud.

**Why did I get a letter if I sold the property?** The Informational Letter is sent to the person who owned the property just before the document was recorded. For example, if a house is sold, a Deed document is filed and recorded to change ownership to the buyer. The Informational Letter is then sent to the seller, who is the person that owned the property just before the Deed was recorded. If you do not have any relationship to the property, it is possible that the Informational Letter was sent to you by mistake. Please contact the Assessor-Recorder-Clerk at (909) 387-8306 to report the mistake.

**The Informational Letter contains incorrect property or owner information. How do I correct it?** Please call the Assessor-Recorder-Clerk at (909) 387-8306 to find out how to make corrections. The information contained in the Informational Letter or recorded document (property owner, property address, Assessor Parcel Number, and Recorded Document number) is obtained from the records kept by the Assessor-Recorder-Clerk.

**Can I get additional documents or complete copies?** The Informational Letter program only sends the first two pages of the document that was filed and recorded. You may obtain copies of documents from the Assessor-Recorder-Clerk. Please visit their website for possible fees. Their website is www.sbcountyarc.org.